## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CASE NO. 8:23-cv-1482-KKM-TGW

MARIA L. VELASQUEZ and other
similarly situated individuals,

      Plaintiff.

v.

SUPER CHOICE FOODS, INC., and
JIMAND ZAED,

      Defendants.

_____/

### <u>NOTICE OF SETTLEMENT</u>

PLEASE TAKE NOTICE that Plaintiff, MARIA L. VELASQUEZ, and Defendants, SUPER CHOICE FOODS, INC. and JIMAND ZAED, hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

      <u>**Dated: August 16, 2023**</u>           Respectfully submitted,

                                            */s/ Lloyd R. Schwed*
                                            Lloyd R. Schwed, Esq.
                                            Florida Bar No.: 508713
                                            E-Mail: <u>lschwed@schwedpa.com</u>
                                            SCHWED KAHLE & KRESS, P.A.
                                            11410 North Jog Road, Suite 100
                                            Palm Beach Gardens, FL 33418
                                            Telephone: (561) 694-0070
                                            Facsimile: (561) 694-0057
                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 16, 2023**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Lloyd R. Schwed*
Lloyd R. Schwed, Esq.
Florida Bar No.: 508713
E-Mail: lschwed@schwedpa.com

## SERVICE LIST

Zandro E. Palma, Esq.
Law Offices of Zandro E. Palma, P.A.
9100 South Dadeland Blvd.
Suite 1500
Miami, Florida 33156
Tel: (305) 446-1500 Fax: (305) 446-1502
zep@thepalmalawgroup.com

*Counsel for Plaintiff*

Via CM/ECF

2