UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARIA VELASQUEZ,

    Plaintiff,

v.                                                    Case No. 8:23-cv-01482-KKM-TGW

SUPER CHOICE FOODS, INC., and
JIMAND ZAED,

    Defendants.
_____

## ORDER

The parties jointly move for court approval of their settlement agreement. (Doc. 20.) In the motion, the parties ask the Court to review their settlement of Plaintiff's Fair Labor Standards Act claims. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). Having reviewed the Settlement Agreement, the motion, and the record in this case, the Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over provisions of the Fair Labor Standards Act. *See Bonetti v. Embarq Mgmt. Co.*, 715 F. Supp. 2d 1222, 1226–29 (M.D. Fla. 2009) (Presnell, J.).

Accordingly, the following is **ORDERED**:

1.     The parties' Joint Motion for Settlement Approval (Doc. 20) is

**GRANTED**.

2. The case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to enter **JUDGMENT** in accord with the Settlement Agreement, to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on September 13, 2023.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge